FILED 21 OCT '21 13:58 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00 413-HZ |
| v. | INDICTMENT |
| THOMAS EDWARD GREEN III and | 18 U.S.C. § 922(a)(6) |
| EDWARD CHARLES GREEN, | Forfeiture Allegation |
| Defendants. | |

### THE GRAND JURY CHARGES:

### COUNTS 1 - 41
### (False Statement During Purchase of a Firearm)
### (18 U.S.C. § 922(a)(6)

On or about the dates listed below, in the District of Oregon, each defendant set forth below, in connection with the acquisition of the firearms set forth below, from a Federally Licensed Firearms Dealer (FLFD), of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the FLFD listed below, which statement was intended and likely to deceive the FLFD as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, to wit: the defendant represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms,

and Explosives form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm when, he knew he was in fact not;

| Count | Defendant | Date | Firearm Dealer | Firearms(s) |
|---|---|---|---|---|
| 1 | Thomas Edward Green III | May 6, 2020 | FLFD No. 1 | • Glock 17, .9mm Pistol<br>• Taurus PT 101 AF, .40 caliber pistol |
| 2 | Thomas Edward Green III | May 12, 2020 | FLFD No. 1 | • Century Arms Draco, .9mm Pistol<br>• Glock 22, .40 caliber pistol |
| 3 | Thomas Edward Green III | January 16, 2020 | FLFD No. 1 | • Two Glock 23, .40 caliber pistols |
| 4 | Thomas Edward Green III | June 23, 2020 | FLFD No. 1 | • Glock 23, .40 caliber pistol<br>• Glock 23, .40 caliber pistol<br>• Glock 22, .40 caliber pistol |
| 5 | Thomas Edward Green III | June 23, 2020 | FLFD No. 2 | • HS Produkt XDE, .45 caliber pistol<br>• Bersa TPR45C, .45 caliber pistol |
| 6 | Thomas Edward Green III | July 10, 2020 | FLFD No. 1 | • Two Glock 22, .40 caliber pistols |
| 7 | Thomas Edward Green III | July 12, 2020 | FLFD No. 1 | • Two Glock 22, .40 caliber pistols |
| 8 | Thomas Edward Green III | July 17, 2020 | FLFD No. 1 | • Glock 21, .45 caliber pistol<br>• Glock 22, .40 caliber pistol |
| 9 | Thomas Edward Green III | September 4, 2021 | FLFD No. 1 | • Glock 43, .9mm pistol<br>• Glock 39, .45 caliber Pistol |
| 10 | Edward Charles Green | April 1, 2020 | FLFD No. 3 | • Taurus G3, .9mm pistol |
| 11 | Edward Charles Green | April 10, 2020 | FLFD No. 1 | • Smith and Wesson M&P 40, .40 caliber pistol |
| 12 | Edward Charles Green | April 10, 2020 | FLFD No. 1 | • Glock 23, .40 caliber pistol |
| 13 | Edward Charles Green | April 14, 2020 | FLFD No. 1 | • Smith and Wesson SDV9VE, .9mm pistol |
| 14 | Edward Charles Green | April 15, 2020 | FLFD No. 2 | • Glock 30, .45 caliber pistol |

**Indictment**  **Page 2**

| | | | | |
|---|---|---|---|---|
| 15 | Edward Charles Green | April 20, 2020 | FLFD No. 4 | • Glock 17, .9mm pistol |
| 16 | Edward Charles Green | April 21, 2020 | FLFD No. 1 | • Glock 21, .45 caliber pistol |
| 17 | Edward Charles Green | April 23, 2020 | FLFD No. 1 | • Stoeger Cougar, .9mm pistol<br>• Taurus G2C, .9mm pistol<br>• Pioneer arms, hell pup, 7.62 x 39 pistol |
| 18 | Edward Charles Green | May 18, 2020 | FLFD No. 5 | • Glock 43x, .9mm pistol |
| 19 | Edward Charles Green | May 29, 2020 | FLFD No. 1 | • Glock 22, .40 caliber pistol |
| 20 | Edward Charles Green | June 5, 2020 | FLFD No. 1 | • Glock 21, .45 caliber pistol |
| 21 | Edward Charles Green | June 9, 2020 | FLFD No. 1 | • Glock 21, .45 caliber pistol |
| 22 | Edward Charles Green | June 20, 2020 | FLFD No. 1 | • Dickinson Combo AK212, 12-gauge shotgun |
| 23 | Edward Charles Green | August 13, 2020 | FLFD No. 1 | • Two Glock 31, .357 pistols |
| 24 | Edward Charles Green | October 20, 2020 | FLFD No. 1 | • Glock 22, .40 caliber pistol |
| 25 | Edward Charles Green | November 10, 2020 | FLFD No. 1 | • Glock 22, .40 caliber pistol |
| 26 | Edward Charles Green | December 8, 2020 | FLFD No. 1 | • Glock 21, .45 caliber pistol<br>• Glock 23, .40 caliber pistol |
| 27 | Edward Charles Green | December 14, 2020 | FLFD No. 1 | • Glock 22, .40 caliber pistol |
| 28 | Edward Charles Green | February 25, 2021 | FLFD No. 1 | • Rossi M711, .357 caliber pistol |
| 29 | Edward Charles Green | March 6, 2021 | FLFD No. 1 | • Glock 23, .40 caliber pistol<br>• Baretta APX, .9mm Pistol |
| 30 | Edward Charles Green | July 21, 2021 | FLFD No. 6 | • Tisas Zigana PX-9, .9mm pistol<br>• Taurus PT809, .9mm pistol |
| 31 | Edward Charles Green | July 21, 2021 | FLFD No. 7 | • Taurus G3C, .9mm pistol |
| 32 | Edward Charles Green | July 22, 2021 | FLFD No. 8 | • Stoeger STR-9C, .9mm pistol |

|    |                      |                |            |                                                                                                                                                                                  |
|----|----------------------|----------------|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                      |                |            | - SCCY CPX-2, .9mm pistol<br>- Star BM, .9mm pistol<br>- Stoeger STR-9, .9mm pistol                                                                                              |
| 33 | Edward Charles Green | July 27, 2021  | FLFD No. 1 | - Smith and Wesson SW9VE, .9mm pistol<br>- Glock 17, .9mm pistol<br>- Glock 22, .40 caliber pistol                                                                               |
| 34 | Edward Charles Green | July 27, 2021  | FLFD No. 8 | - Smith and Wesson MP40 Shield, .40 caliber pistol<br>- Taurus PT111 G2, .9mm pistol                                                                                             |
| 35 | Edward Charles Green | July 28, 2021  | FLFD No. 1 | - Two Glock 22, .40 caliber pistols<br>- Taurus PT111G2, .9mm pistol<br>- Taurus PT111PRO, .9mm pistol<br>- Springfield XDE, .9mm pistol<br>- SCCYCPY-ITTSGRD, .9mm pistol<br>- Taurus PT24/7PRO, .45 caliber pistol |
| 36 | Edward Charles Green | August 4, 2021 | FLFD No. 1 | - Ruger EC9S, .9mm pistol<br>- Four Glock 22, .40 caliber pistols                                                                                                                |
| 37 | Edward Charles Green | August 9, 2021 | FLFD No. 9 | - Ruger 57, 57x2 caliber pistol                                                                                                                                                  |
| 38 | Edward Charles Green | August 9, 2021 | FLFD No. 9 | - Two High-Point C9, .9mm pistols<br>- Hi-Point JHP 45, .45 caliber pistol<br>  Clerke Clerke 1st, .32 caliber revolver                                                          |
| 39 | Edward Charles Green | August 9, 2021 | FLFD No. 1 | - Walther CCP, .9mm pistol<br>- Smith and Wesson 637, .38 caliber revolver<br>- Beretta BU9 Nano, .9mm pistol                                                                    |

| | | | | |
|---|---|---|---|---|
| | | | | • Three Glock 22, .40 caliber pistols |
| 40 | Edward Charles Green | September 11, 2021 | FLFD No. 1 | • Two Glock 22, .40 caliber pistols |
| 41 | Edward Charles Green | September 15, 2021 | FLFD No. 1 | • Two Glock 22, .40 caliber pistols |

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

Upon conviction of one or more offenses alleged in Counts 1 through 41, the defendants THOMAS EDWARD GREEN III and EDWARD CHARLES GREEN shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the commission of the offense.

Dated: October 21, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

PARAKRAM SINGH, OSB #134871
Assistant United States Attorney